IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


STEVEN S. SCOTT                                                                    PLAINTIFF

            v.                          Civil No. 06-5202

RANDEL DENZER, Jail
Administrator, Washington
County Detention Center;
SHERIFF McKAY; DETECTIVE
BRADLEY RENFRO,
Fayetteville City Police Department;
and JASON FRENCH, Fayetteville
City Police Department                                                         DEFENDANTS

## <u>ORDER</u>

Plaintiff's complaint was filed in this case on October 13, 2006. Before the undersigned

is the issue of whether the complaint should be served. In order to assist the court in making

such determination, it is necessary that plaintiff provide additional information with respect to

his claims.

Accordingly, it is ordered that plaintiff, Steven S. Scott, complete and sign the attached

addendum to his complaint, and return the same to the court **by December 4, 2006. Plaintiff**

**is advised that should he fail to return the completed and executed addendum by December**

**4, 2006, his complaint may be dismissed without prejudice for failure to prosecute and/or**

**for failure to obey an order of the court.**

IT IS SO ORDERED this 3rd day of November 2006.


                                                    /s/ Beverly Stites Jones
                                                    UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STEVEN S. SCOTT                                                                    PLAINTIFF

v.                                    Civil No. 06-5202

RANDEL DENZER, Jail
Administrator, Washington
County Detention Center;
SHERIFF McKAY; DETECTIVE
BRADLEY RENFRO,
Fayetteville City Police Department;
and JASON FRENCH, Fayetteville
City Police Department                                                         DEFENDANTS

## ADDENDUM TO COMPLAINT

TO:  STEVEN S. SCOTT

This form is sent to you so that you may assist the court in making a determination as to

the issue of whether your complaint should be served upon the defendants.  Accordingly, it is

required that you fill out this form and send it back to the court **by December 4, 2006**.  Failure

to do so will result in the dismissal of your complaint.

The response must be legibly handwritten or typewritten, and all questions must be

answered completely in the proper space provided on this form.  If you need additional space,

you may attach additional sheets of paper to this addendum.

## RESPONSE

In your complaint, you allege you were arrested on April 7, 2004, and held in city jail for

three days before being sent to county jail.  During the three days, you state you were not allowed

to talk to anyone.  You indicate you were not brought before a judge until May 12, 2004.

You allege you were arrested again on May 16, 2004, and held in city jail for two days

before being transferred to county jail. You state you were not brought before a judge until July 7, 2004.

1. With respect to your arrest on April 7, 2004, please state: (1) who arrested you; (2) what charges you were arrested on; (3) whether there was a warrant for your arrest; (4) where you were arrested; and (5) what jail you were taken to following your arrest.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

2. Was your arrest on pending criminal charges the only reason you were incarcerated on April 7, 2004, or were you also being held on a parole or probation violation?

Answer:  Yes _____  No _____ .

If you answered yes, please state how you were alleged to have violated your parole or probation and indicate whether you were found guilty of having violated your probation or parole.

_____

_____

_____

_____

_____

_____

_____

_____

3.  You indicate you were not brought before a judge until May 12, 2004.  Please state: (a) what occurred when you went before the judge on May 12th; (b) whether you had an attorney to represent you; and (c) how you believe the fact that you did not appear before a judge until May 12th violated your federal constitutional rights.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4.  With respect to the April 7, 2004, arrest and subsequent period of incarceration, please state in detail how you believe each of the following defendants violated your federal constitutional rights.

Randel Denzer:

_____

_____

_____

_____

_____

_____

Sheriff McKay

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Detective Bradley Renfro

_____

_____

_____

_____

_____

_____

_____

_____

_____

Officer Jason French

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

5.  With respect to your arrest on May 16, 2004, please state:  (1) who arrested you; (2)

what charges you were arrested on; (3) whether there was a warrant for your arrest; (4) where you

were arrested; and (5) what jail you were taken to following your arrest.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

6. Was your arrest on pending criminal charges the only reason you were incarcerated on May 16, 2004, or were you also being held on a parole or probation violation?

Answer: Yes _____ No _____.

If you answered yes, please state how you were alleged to have violated your parole or probation and indicate whether you were found guilty of having violated your probation or parole.

_____

_____

_____

_____

_____

_____

_____

7. You indicate you were not brought before a judge until July 7, 2004. Please state: (a) what occurred when you went before the judge on July 7th; (b) whether you had an attorney to represent you; and (c) how you believe the fact that you did not appear before a judge until July 7th violated your federal constitutional rights.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

8. With respect to the May 16, 2004, arrest and subsequent period of incarceration, please state in detail how you believe each of the following defendants violated your federal constitutional rights.

Randel Denzer:

_____

_____

_____

_____

_____

_____

_____

    Sheriff McKay

_____

_____

_____

_____

_____

_____

_____

_____

_____

    Detective Bradley Renfro

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Officer Jason French

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I CERTIFY THAT THE INFORMATION CONTAINED HEREIN IS COVERED BY

THE VERIFICATION MADE BY ME ON MY INITIAL COMPLAINT.

_____

STEVEN S. SCOTT

_____

DATE