IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STEVEN S. SCOTT     PLAINTIFF

v.     Civil No. 06-5202

RANDEL DENZER, Jail
Administrator, Washington
County Detention Center;
DETECTIVE BRADLEY RENFRO,
Fayetteville City Police Department;
and JASON FRENCH, Fayetteville
City Police Department     DEFENDANTS

## ORDER

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **June 20, 2007**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 15th day of March 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)