IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STEVEN S. SCOTT                                                      PLAINTIFF

v.                         No. 06-5202

RANDALL DENZER, Jail
Administrator, Washington
County Detention Center, et al.                                      DEFENDANTS

**O R D E R**

Now on this 12th day of March, 2008, comes on for consideration the **Report and Recommendation (Doc. 23)** filed herein on February 11, 2008, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas.  No objections to the Report and Recommendation have been filed.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, the Court orders as follows:

\*    the **Motion for Summary Judgment (Doc. 14)** filed by Defendants Bradley Renfro and Jason French is **GRANTED** and these defendants are **DISMISSED** from this action;

\*    the **Motion for Summary Judgment (Doc. 17)** filed by Defendant Randall Denzer is **GRANTED** with regard to plaintiff's claims for actual and punitive damages and these claims are **DISMISSED** from this action; the motion is **DENIED** in all other respects; and

\*    this case is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE