IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

STEVEN S. SCOTT                                                PLAINTIFF

                  v.                    Civil No. 06-5202

RANDALL DENZER, Jail
Administrator, Washington
County Detention Center                                          DEFENDANT

## **JUDGMENT**

For the reasons stated in a memorandum opinion of even date, the plaintiff is hereby awarded judgment in the amount of $48 in nominal damages against the defendant. This represents $1 for each of the seventeen days he was detained following his arrest on April 7, 2004, until he bonded out on April 24th and $1 for each of the thirty-one days he was detained following his arrest on June 4, 2007, until his first appearance before a judge on July 7th.

Defendant is also ordered to pay to the Clerk of Court the $350 filing fee that was assessed against the plaintiff in accordance with the provisions of the Prison Litigation Reform Act.

IT IS SO ORDERED this 28th day of July 2008.

                                                               /s/ *J. Marschewski*
                                                               HON. JAMES R. MARSCHEWSKI
                                                               UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)